AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**NORTHERN** DISTRICT OF **CALIFORNIA**

FILED
MAR X 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

IRMA OLMO CARAIG
a/k/a CONCEPCION LUNA REYES
26606 Gadding Rd., Apt. 103
Hayward, CA 94544

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 4-07-70136 WDB

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 14, 2005__ in __U.S. Embassy, Manila__ county, in the (See 18 U.S.C. 3238) District of _____ defendant(s) did, (Track Statutory Language of Offense) make a false claim and statement, and did otherwise procure by fraud and unlawfully obtained nonimmigrant visa.

in violation of Title __18__ United States Code, Section(s) __1546(a)__

I further state that I am a(n) __Special Agent with DSS__ and that this complaint is based on the following
Official Title

facts:
See Affidavit of Special Agent Rob Castro, attached hereto and incorporated by reference

Maximum Penalties: 10 years imprisonment, $250,000 fine, 3 years supervised release, and $100 special assessment

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Approved As To Form: _____
AUSA: H. H. (SHASHI) KEWALRAMANI

_____
Name/Signature of Complainant: DSS SA ROB CASTRO

Sworn to before me and subscribed in my presence,

__3/7/07__ at __San Francisco, California__
Date                                          City and State

Hon. Joseph C. Spero
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

NORTHERN DISTRICT OF CALIFORNIA
) ss. AFFIDAVIT
City and County of San Francisco )

AFFIDAVIT IN SUPPORT OF A CRIMINAL
COMPLAINT CHARGING
IRMA OLMO CARAIG a.k.a. CONCEPCION LUNA REYES
WITH VIOLATING 18 U.S.C. § 1546(a);
FRAUD AND MISUSE OF VISAS, PERMITS, AND OTHER DOCUMENTS

I, Rob Castro, do swear and affirm as follows,

**Affiant Background**

1. I am a Special Agent employed by the Diplomatic Security Service (DSS) which is an agency of the United States State Department. DSS Special Agents are empowered under Title 22 U.S.C. § 2709 to investigate visa frauds, as well as to apply for and serve federal arrest and search warrants.

2. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and have been employed by DSS since 2002. I have received and receive on an ongoing basis, training in the laws, rules and regulations concerning Visas.

**Purpose**

3. This affidavit establishes probable cause to charge IRMA OLMO CARAIG, also known as CONCEPCION LUNA REYES, for violating 18 U.S.C. § 1546(a), Fraud and Misuse of Visas, Permits, and other Documents. IRMA OLMO CARAIG allegedly applied for and obtained a United States Visa in the false name of CONCEPCION LUNA REYES. The Visa she obtained was reserved for servants of foreign diplomatic staff assigned to the United States. This affidavit is based in part on personal knowledge, interviews, and reviews of official documents and records, and does not contain every fact, piece of information or evidence concerning this alleged violation.

**A-3 Visas in General**

4. Pursuant to the Vienna Convention on Diplomatic Relations, which the United States became a party to on or about in 1961, and other federal laws and bilateral agreements with the Government of the Philippines, the United States Department of States allows credentialed Filipino diplomats serving in the United States to sponsor and employ Filipino nationals as domestic servants. These domestic servants are issued "A-3" Visas by the American Embassy in Manila, based on the American Embassy receiving an official Visa application and sponsorship documents from the credentialed

1

diplomat and the Government of the Philippines. The domestic servants must then swear under oath that the information on their submitted Visa application is true, to an officer of the United States State Department.

**Case Facts and Evidence**

5. On or about September 14, 2005, at the American Embassy in Manila (Philippines) and outside of any federal judicial district, a person purporting to be CONCEPCION LUNA REYES applied for and received an "A-3" Visa. A review of this application disclosed this person swore to and listed the following information on her Visa application, in sum:

Name: CONCEPCION LUNA REYES
Date of Birth: December 4, 1964

6. On August 1, 2006, the American Embassy Manila reported to DSS that they had received information from an informant who stated in sum and in substance, that the person who was issued the CONCEPCION LUNA REYES "A-3" Visa was an imposter, that her true name was IRMA CARAIG, and that she had been under investigation for an unrelated marriage fraud in Australia.

7. On January 10, 2007, I and Special Agent Juan Brooks interviewed the person purporting to be CONCEPCION LUNA REYES at her residence in Hayward, CA, which is located in the Northern District of California. After rights advisement, this person told us in sum and in substance, that she was the Visa applicant, that her true name was IRMA OLMO CARAIG, and that her true birth date was August 23, 1964. I also seized as evidence an authentic Filipino passport bearing the false name of CONCEPCION LUNA REYES and containing the "A-3" Visa at issue, from this person.

8. On January 10, 2007, I reviewed a Filipino Voting Registration card bearing the name and photograph of CONCEPCION LUNA REYES with the birth date December 4, 1964. This card was obtained by the American Embassy in Manila. The person in this photograph bore no likeness to IRMA OLMO CARAIG, although as mentioned above, she had previously purported to be this very person on the Visa application.

9. Lastly, I know from my training and experience that the United States State Department and its American Embassy in Manila, never would have issued this "A-3" Visa had it been known at the time of issuance, that the person purporting to be CONCEPCION LUNA REYES was an imposter. It should also be noted that IRMA OLMO CARAIG has never been afforded any diplomatic immunities by the United States State Department.

**Conclusion**

10. Based on the information and facts listed above, there is probable cause to believe that IRMA OLMO CARAIG assumed the identity of CONCEPCION LUNA REYES and falsely stated her name as being such on the September 14, 2005, "A-3" Visa application, in violation of 18 USC § 1546 (a), Fraud and Misuse of Visas, Permits, and other Documents. As such, I respectfully request the issuance of the criminal complaint

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Rob Castro
Special Agent
Diplomatic Security Service
San Francisco, CA

SUBSCRIBED AND SWORN BEFORE ME
ON March 7, 2007

The Honorable Joseph C. Spero
United States Magistrate Judge
Northern District of California

3

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ COMPLAINT   ☐ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED
18 U.S.C. Section 1546(a) - Fraud and Misuse of Visas, Permits, and other Documents

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
10 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment

### DEFENDANT - U.S.
▶ IRMA OLMO CARAIG, a/k/a CONCEPCION LUNA REYES

**DISTRICT COURT NUMBER**
4-07-70136 WDB

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
Diplomatic Security Service Special Agent Rob Castro

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y   ☐ Defense
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
   } ☐ Fed'l   ☐ State
   If answer to (6) is "Yes", show name of Institution

Has detainer been filed?   ☐ Yes   ☐ No   If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM: SCOTT N. SCHOOLS
☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): H. H. (SHASHI) KEWALRAMANI

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: