**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*1301 Clay Street, Suite 340S*            *(510) 637-3717*
*Oakland, California  94612*               *FAX:(510) 637-3724*
                                           *E-Mail: shashi.kewalramani@usdoj.gov*

March 7, 2007

**VIA E-FILING**
The Chambers of the Honorable Wayne D. Brazil
1301 Clay Street, 3rd Floor
Oakland, CA 94612

    RE:    *United States v. Irma Olmo Caraig, 4: 07-70136 WDB*

Dear Judge Brazil:

The United States requests that the Court add the above referenced matter to the Court's calendar on March 8, 2007 at 10 a.m. for an initial appearance and arraignment on a criminal complaint.  The complaint charges Ms. Caraig with violation 18 U.S.C. § 1546(a) - Fraud and Misuse of Visas, Permits, and other Documents.  It is the United States's understanding that Ms. Caraig does not require a translator.  If the Court has any questions or concerns regarding this matter, I can be reached at the above listed phone number or e-mail address.

Sincerely,

SCOTT N. SCHOOLS
United States Attorney


By:    _____/s/_____
        H. H. (Shashi) Kewalramani
        Assistant United States Attorney

Encl.