# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET, SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

April 9, 2007

VIA FACSIMILE (510) 637-3327
Magistrate Judge Wayne D. Brazil
1301 Clay Street, Courtroom No. 4
Oakland, CA 94612

**United States v. Irma Olmo Caraig, CR 4-07-70136 WDB**
**RE: Request to continue court date from 4/11 to 5/16 for status or change of plea**

Dear Judge Brazil:

I am writing to ask that the above-referenced case be continued from April 11, 2007, to May 16, 2007, for status or change of plea. The reason for the request is that there are immigration consequences to Ms. Caraig in this case. I have consulted with an immigration attorney who provided me with an opinion but thought that Ms. Caraig may benefit from talking further with an immigration attorney. The representative from the Philippine Consulate has informed me that the consulate has an immigration attorney on staff who is available to meet with Ms. Caraig and provide advice. Unfortunately, that attorney is away until the second week in May.

Should we continue the court date until May 16, 2007, it should provide sufficient time for Ms. Caraig to meet with the staff immigration attorney prior to our next appearance. Ms. Caraig is aware that she has a right to require that the case proceed in accordance with various deadlines under the Speedy Trial Act. She is willing to waive the timing of any hearings and exclude time under the Speedy Trial Act for effective preparation of counsel taking into account due diligence.

I received a message from the United States Attorney law clerk Erin Wade indicating that she and AUSA Shashi Kewalramani do not object to the proposed continuance to May 16, 2007.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender

  /S/
JOYCE LEAVITT
Assistant Federal Public Defender

cc:   Shashi Kewalramani, AUSA
      Erin Wade, U.S. Attorney's law clerk