**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET, SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

April 15, 2007

VIA FACSIMILE (510) 637-3327
Magistrate Judge Wayne D. Brazil
1301 Clay Street, Courtroom No. 4
Oakland, CA 94612

**United States v. Irma Olmo Caraig, CR 4-07-70136 WDB**
**RE: Request to continue court date from 5/16 to 6/6 for status or change of plea**

Dear Judge Brazil:

     I am writing to ask that the above-referenced case be continued from May 16, 2007, to June 6, 2007, for status or change of plea. The reason for the request is that the immigration staff attorney who is affiliated with the Philippine Consulate will not be available until the end of May. Initially the representative with whom I spoke at the Consulate, and who has been accompanying Ms. Caraig to her court appearances, thought that the attorney would be back the second week in May. I have since been informed that this attorney will be out until the end of the month.

     Should we continue the court date until June 6, 2007, it should provide sufficient time for Ms. Caraig to meet with the staff immigration attorney prior to our next appearance. Ms. Caraig is aware that she has a right to require that the case proceed in accordance with various deadlines under the Speedy Trial Act. She is willing to waive the timing of any hearings and exclude time under the Speedy Trial Act for effective preparation of counsel taking into account due diligence.

     I left a message for AUSA Shashi Kewalramani but have not heard whether he objects to the proposed continuance to June 6, 2007.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender

/S/

JOYCE LEAVITT
Assistant Federal Public Defender

cc:     Shashi Kewalramani, AUSA