# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

*FILED JUN 18 2007 RICHARD W. WIEKING U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND*

**E-filing**

## OFFENSE CHARGED

Title 18 USC Section 1028(a)(4) - Fraud and related activity in connection with i.d. documents (Class A Misdemeanor)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
1 year imprisonment, $100,000 fine, $25 special assessment, 1 year of supervised release

## DEFENDANT - U.S.

▶ IRMA OLMO CARAIG a/k/a Concepcion Luna Reyes

**DISTRICT COURT NUMBER**

CR07-00383 WDB

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO. _____

MAGISTRATE CASE NO. 4:07-70136 WDB

Name and Office of Person Furnishing Information on THIS FORM: **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) H. H. (Shashi) Kewalramani

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☑ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SCSBN 9990) E-filing
United States Attorney

FILED
2007 JUN 18 PM 12: 13
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00393 WDB |
| Plaintiff, | VIOLATION: 18 U.S.C. § 1028(a)(4)- Possession of False Identification With Intent To Defraud the United States (Class A Misdemeanor) |
| v. | |
| IRMA OLMO CARAIG, a/k/a Concepcion Luna Reyes, | |
| Defendant. | OAKLAND VENUE |

## INFORMATION

The United States Attorney charges:

On or about September 14, 2005, in the Northern District of California and elsewhere, the defendant,

**IRMA OLMO CARAIG,**
a/k/a Concepcion Luna Reyes,

did knowingly possess a false identification information, namely, a Filipino passport in the name of Concepcion Luna Reyes, when in fact defendant knew she was not Concepcion Luna Reyes, with the intent that such document be used to defraud the United States, by using the Filipino passport in the name Concepcion Luna Reyes to obtain a United States visa, in

INFORMATION

1  violation of Title 18, United States Code, Section 1028(a)(4), a Class A misdemeanor.

2

3  DATED: June 15, 2007

        SCOTT N. SCHOOLS
        United States Attorney

        W. DOUGLAS SPRAGUE
        Chief Oakland Division

(Approved as to form: _____ )
H.H. (SHASHI) KEWALRAMANI
Assistant United States Attorney

INFORMATION