**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*1301 Clay Street, Suite 340S*     *(510) 637-3717*
*Oakland, California 94612*     *FAX:(510) 637-3724*
*E-Mail: shashi.kewalramani@usdoj.gov*

June 18, 2007

**VIA E-FILING**
The Chambers of the Honorable Wayne D. Brazil
1301 Clay Street, 3rd Floor
Oakland, CA 94612

    RE:    *United States v. Irma Olmo Caraig, CR 07-00383 WDB*

Dear Judge Brazil:

Enclosed for the Court's review is a copy of the plea agreement pursuant to which Ms. Caraig will change her plea before the Court on June 22, 2007. If the Court has any questions or concerns regarding the plea agreement, I can be reached at the above listed phone number.

Sincerely,

SCOTT N. SCHOOLS
United States Attorney


By: _____/s/_____
    H. H. (Shashi) Kewalramani
    Assistant United States Attorney

Encl.