DOCUMENTS UNDER SEAL □

# MAGISTRATE JUDGE MINUTE ORDER

| MAGISTRATE JUDGE | DEPUTY CLERK | REPORTER/TAPE NO. |
|---|---|---|
| WAYNE D. BRAZIL | Sheilah Cahill | FTR 6/22/07 10:29:14-11:09:25 |
| **DATE** | June 22, 2007 | □ NEW CASE   **CASE NUMBER** CR-07-383 WDB |

## APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | ☒ PD. □ APPT. □ RET. |
|---|---|---|---|---|---|
| Irma Olmo Carig | | No | P | Joyce Leavitt | |
| **U.S. ATTORNEY** | **INTERPRETER** | | | **FIN. AFFIDAVIT SUBMITTED** □ |
| Adam Lowry (Law Clerk) | Dennis Castro (Tagalog) | | | DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL □ |
| **PROBATION OFFICER** | **PRETRIAL SERVICES OFFICER** | | | COUNSEL APPOINTED □ PARTIAL PAYMENT OF CJA FEES ORDERED □ |

FILED JUN 22 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

### PROCEEDINGS SCHEDULED TO OCCUR — (IF NOT HELD, TYPE NH IN TIME FIELD)

| □ INITIAL APPEARANCE | □ PRELIMINARY HEARING | □ MOTION | ☒ | □ STATUS |
|---|---|---|---|---|
| □ I.D. COUNSEL | ☒ ARRAIGNMENT OR 5 min | □ BOND POSTING/ SIGNING | □ IA ON PETITION TO REVOKE PROB. | □ TRIAL |
| □ DETENTION HEARING | □ REMOVAL HEARING | ☒ CHANGE OF PLEA 30 min | □ PROB. REVOC. OR SUPV. REL. HRG. | □ OTHER |

### INITIAL APPEARANCE

| □ ADVISED OF RIGHTS | □ ADVISED OF CHARGES | □ NAME AS CHARGED IS TRUE NAME | □ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☒ ARRAIGNED ON INFORMATION | □ ARRAIGNED ON INDICTMENT | □ READING WAIVED SUBSTANCE STATED | □ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| □ RELEASED ON O/R | □ ISSUED APPEARANCE BOND | ➡ AMOUNT OF SECURITY $ | AMOUNT RECEIVED $ | □ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY POSTED/TO BE POSTED   REAL PROPERTY:
□ CASH $   □ CORPORATE SECURITY   □

| □ MOTION FOR DETENTION | □ PRETRIAL SERVICES REPORT ORDERED | □ DETAINED | □ RELEASED | □ DETENTION HEARING AND FORMAL FINDINGS WAIVED | □ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF   OTHER:

### PLEA

| ☒ CONSENT ENTERED | □ NOT GUILTY | ☒ GUILTY | ☒ GUILTY TO COUNTS: Single Count Information |
|---|---|---|---|
| □ PRESENTENCE REPORT ORDERED | ☒ CHANGE OF PLEA | ☒ PLEA AGREEMENT FILED | □ OTHER: |

### CONTINUANCE

| TO: | □ I.D. COUNSEL | □ BOND POSTING/ SIGNING | □ STATUS RE: CONSENT | □ JURY TRIAL |
|---|---|---|---|---|
| AT: | □ SUBMIT FINAN. AFFIDAVIT | □ PRELIMINARY HEARING OR ARRAIGNMENT | □ PLEA | □ BOND HEARING |
| BEFORE HON. | □ DETENTION HEARING | | □ TO HEAR MOTIONS | □ JUDGMENT & SENTENCING |
| □ TIME WAIVED | | □ IDENTITY/REMOVAL HEARING | □ PRETRIAL CONFERENCE | □ PROBATION REV. HEARING |
| □ TIME EXCLUDABLE UNDER 18 § USC 3161 | | □ TRIAL SETTING | □ COURT TRIAL | □ STATUS |

ADDITIONAL PROCEEDINGS

Defendant arraigned on Information; consent to proceed before M/J in misdemeanor case signed; defendant enters under oath plea of guilty to single count information. Plea agreement filed. Court finds factual basis for plea and accepts plea. Defendant requests immediate sentencing. The Court accepts the parties recommendation and sentences the defendant to two years probation. Unsupervised probation to start when the defendant leaves the country for the Philippines; if the defendant stays in this country defendant will be under supervised probation. If defendant comes back into this country, she must notify probation in the NDCA within 72 hours. No fine imposed. Defendant to pay $25 special assessment due immediately. Court waives drug testing condition; other standard conditions of probation apply. Defendant to check in with probation immediately upon leaving courtroom.

COPIES SENT TO:
WDB stats; probation

DOCUMENT NUMBER: